# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

FASTSHIP, LLC and
LIQUIDATING TRUST OF FASTSHIP, INC.,

    Plaintiff-Appellants,

        v.                       No. 20-3529

LOCKHEED MARTIN CORPORATION and
GIBBS & COX, INC.,

    Defendant-Appellees.
_____

## DEFENDANT-APPELLEE LOCKHEED MARTIN CORPORATION'S
## UNOPPOSED MOTION TO SEAL

Pursuant to Local Appellate Rule 106.1(a), defendant-appellee Lockheed Martin Corporation ("Lockheed Martin") respectfully moves to seal its unredacted brief. In support of the motion, Lockheed Martin states as follows:

1. This case involves alleged trade secrets belonging to plaintiff-appellants FastShip, LLC and Liquidating Trust of FastShip, Inc. ("FastShip") and the alleged use of those trade secrets in the design and construction of a warship for the U.S. Navy.

2. On March 4, 2021, FastShip moved to seal its unredacted opening brief in this appeal and volume III of the joint appendix. ECF No. 31.

3. On April 15, 2021, the Court issued an order referring FastShip's motion to seal to the merits panel and directing that FastShip's unredacted opening brief and volume III of the joint appendix be held provisionally under seal pending a further ruling by the Court. ECF No. 42.

4. Lockheed Martin's brief relies on materials in volume III of the joint appendix that FastShip has asked this Court to keep under seal indefinitely. *See* FastShip's Mot. to Seal 1.

5. Should the Court grant FastShip's motion to seal, Lockheed Martin seeks permission to file its own unredacted brief under seal and for Lockheed Martin's brief to remain under seal for the length of time ordered by the Court so that the brief will comply with the Court's order.

6. Lockheed Martin has prepared and is filing on the public docket contemporaneously with this motion a redacted version of its brief.

7. FastShip and defendant-appellee Gibbs & Cox, Inc. consent to this motion.

WHEREFORE, Lockheed Martin respectfully requests that the Court grant its motion to seal to the same extent that the Court grants FastShip's motion to seal.

Dated: May 5, 2021

Respectfully submitted,

/s/ Dan Himmelfarb
Dan Himmelfarb
Carmen Longoria-Green
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

*Counsel for Defendant-Appellee
Lockheed Martin Corporation*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 282 words, excluding parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Office Word 2016 and set in 14-point Times New Roman font.

/s/ Dan Himmelfarb
Dan Himmelfarb
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ Dan Himmelfarb
Dan Himmelfarb
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
